[No. 11637-9-III.   Division Three.   June 23, 1992.]

BURLINGTON ENVIRONMENTAL INCORPORATED, *Appellant*, v. KLICKITAT COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 89-2-00413-2, Albert J. Yencopal, J., entered May 6, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 11305-1-III.   Division Three.   June 23, 1992.]

WES MASTERS, *Respondent*, v. OLYMPIA CREDIT SERVICE, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 89-2-00299-2, Heather Van Nuys, J., entered December 17, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 13089-1-II.   Division Two.   June 24, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ALERIC CRAIG BERGESON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 89-1-00054-6, Gary W. Velie, J., entered August 4, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, C.J., and Seinfeld, J.